IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NEAL ROMAN ARMSTRONG,
    Petitioner,

vs                       Civil Action No. 2:07cv689-WHA

UNITED STATES OF AMERICA,
    Respondent.
_____/

RECEIVED 2007 SEP 12 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S RESPONSE TO PETITIONER'S 28 U.S.C. § 2255 MOTION

**COMES NOW**, the Petitioner, Neal Armstrong, by and through himself, repectfully request an extension of time within which to file a Reply to the Government's Response to Petitioner's Motion to Vacate, Set Aside, or Correct a Sentence pursaunt to Title 28, United States Code, Section 2255. In support thereof, the Petitioner would state the following:

1. Due to the mail situation here at FCC Yazoo Low, Petitioner has just received this Court's Order of August 31, 2007.

2. Due to the complex and nature of the Government's Response and the limitation of the time Petitioner has access to the Law Library, Petitioner would be unable to complete his Reply by September 21, 2007.

3. The motion is not made for purposes of delay.

4. The Petitioner is presently incarcerated at the Federal Correctional Complex, Yazoo City, Mississippi, as a result of his conviction.

**WHEREFORE**, for the foregoing reasons, the Petitioner respectfully moves this Honorable Court grant an extension of time of thirty (30) days, within which to file Reply to the Government's Response to Petitioner's § 2255.

**DATED:** This 10 day of September, 2007.

Respectfully Submitted,

/s/ Neal R. Armstrong
Neal Roman Armstrong
Reg. No. 07406-094
P.O. Box 5000
Yazoo City, MS 39194

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that I have served a copy of the foregoing Motion for Extension of Time to:

Office of the U.S. Attorney
Middle District of Alabama
P.O. Box 197
Montgomery, AL 36101-0197

on this 10 day of September, 2007.

/s/ Neal R. Armstrong
Neal Roman Armstrong

2

