IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEAL ROMAN ARMSTRONG, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | )   Civil Action No. 2:07cv689-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of the motion for extension of time filed by the petitioner on September 12, 2007, (Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from September 21, 2007, to and including October 22, 2007, to file a reply to the government's response to the petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on August 31, 2007.

Done this 13th day of September, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE