IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NEAL ROMAN ARMSTRONG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv689-WHA |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ON MOTION**

The petitioner has filed a motion for extension of time to file objections to the Recommendation of the Magistrate Judge entered on March 25, 2009. Upon consideration of this motion, and for good cause, it is

ORDERED that the motion for extension of time (Doc. No. 15) be and is hereby GRANTED. It is further

ORDERED that the petitioner is GRANTED an extension from April 7, 2009, to and including May 22, 2009, to file his objections to the Recommendation of the Magistrate Judge.

Done this 8th day of April, 2009.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE