IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NEAL ROMAN ARMSTRONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv689-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | (WO) |
| ) | |
| Respondent. ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #14), entered on March 25, 2009, the Recommendation is adopted, and it is hereby

ORDERED that this 28 U.S.C. § 2255 motion is DENIED, as the claims entitle the Petitioner to no relief.

Final Judgment will be entered accordingly.

DONE this 28th day May, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE